IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMON VICTORELL SLATER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:16cv672-MHT |
| ) | (WO) |
| CHAPLAIN ASKEW, et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of violations of his First Amendment right to freedom of religion. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against defendant Alabama Department of Corrections be dismissed with prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of September, 2016.

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**