IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMON VICTORELL SLATER,      )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )       2:16cv672-MHT
                             )           (WO)
CHAPLAIN ASKEW, et al.,      )
                             )
     Defendants.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) Plaintiff's claims against defendant Alabama Department of Corrections are dismissed with prejudice, and defendant Alabama Department of Corrections is terminated as a party to this case.

It is further ORDERED that no costs are taxed.

This case is not closed, and is referred back to the Magistrate Judge for further proceedings.

DONE, this the 29th day of September, 2016.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**