IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMON VICTORELL SLATER,    ) <br>     ) <br>   Plaintiff,    ) <br>     ) <br>   v.    ) <br>     ) <br> CHAPLAIN ASKEW, et al.,    ) <br>     ) <br>   Defendants.    ) | CIVIL ACTION NO. <br> 2:16cv672-MHT <br> (WO) |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of violations of his First Amendment right to freedom of religion. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 11) is adopted.

   (2) The motion for preliminary injunction (doc. no. 7) is denied.

   It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

   DONE, this the 4th day of November, 2016.

                    /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**