IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMON VICTORELL SLATER,    )
                           )
     Plaintiff,            )
                           )   CIVIL ACTION NO.
     v.                    )   2:16cv672-MHT
                           )        (WO)
CHAPLAIN ASKEW, et al.,    )
                           )
     Defendants.           )
```

OPINION AND ORDER

This cause is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for a preliminary injunction be denied as moot. In the motion, plaintiff, who was a state prisoner at the time he filed the motion, requests a preliminary injunction ordering defendants to permit him to grow his beard to a certain length for religious purposes. He was later released from state custody. There are no objections to the recommendation. After an independent and de novo review of the record, the court has concluded that the recommendation should be adopted.

***

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 40) is adopted.

(2) Plaintiff's motion for preliminary injunction (doc. no. 14) is denied as moot.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 17th day of April, 2017.

                           /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**