# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMON VICTORELL SLATER, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> CHAPLAIN ASKEW, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:16cv672-MHT <br> (WO) |

## OPINION

Plaintiff, a former state prisoner, filed this lawsuit raising claims pursuant to 42 U.S.C. § 1983 for violations of his First Amendment right to the free exercise of his religion and his right to equal protection, and for violation of his rights under the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc-1. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss be granted for failure to exhaust administrative remedies, that this case be dismissed with prejudice because plaintiff, who has been released from prison, no longer

has the ability to exhaust his claim, and that no costs be taxed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of February, 2018.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**