IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEMON VICTORELL SLATER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv672-MHT |
| | ) | (WO) |
| CHAPLAIN ASKEW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 42) is adopted.

(2) Defendants' motion to dismiss (doc. no. 29) is granted to the extent defendants seek dismissal of this case due to plaintiff's failure to exhaust an administrative remedy available to him at the Easterling Correctional Facility prior to initiating this cause of action.

(3) This lawsuit is dismissed with prejudice for failure to exhaust.

(4) No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of February, 2018.

                                     /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**